IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES, | § § | |
| v. | § § § | Cr. No. C-05-701 (3) |
| VICTOR ARCOS-BENITEZ. | § | |

## ORDER GRANTING MOTION TO PROCEED ON APPEAL *IN FORMA PAUPERIS*

The motion of Appellant Victor Arcos-Benitez seeking leave to proceed on appeal *in forma pauperis* (D.E. 106) is GRANTED.

It is ORDERED this 14th day of August, 2006.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE